UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KARL GLASS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:18-cv-03990-TWP-DLP |
| AFNI, INC., | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendant Afni, Inc. and against Plaintiff Karl Glass. This action is **TERMINATED**.

Dated: 10/28/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Justin M. Penn
HINSHAW & CULBERTSON LLP
jpenn@hinshawlaw.com

David J. Philipps
PHILIPPS AND PHILIPPS, LTD.
davephilipps@aol.com

Mary E. Philipps
PHILIPPS AND PHILIPPS, LTD.
mephilipps@aol.com

Angie K. Robertson
PHILIPPS AND PHILIPPS, LTD.
angie@philippslegal.com

John Thomas Steinkamp
JOHN STEINKAMP & ASSOCIATES
John@johnsteinkampandassociates.com